UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BARRETT BOESEN,
                Plaintiff,

-v-

INSIDER, INC.,
                Defendant.

20-CV-4028 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      In the Court's experience, cases involving claims under the Copyright Act, 17 U.S.C. § 101 *et seq.*, such as this case, often benefit from early settlement discussions before a magistrate judge. To that end, prior to a Rule 16(b) case management conference, the Court will refer this case (by separate Order) to the Honorable Sarah L. Cave, United States Magistrate Judge, for settlement. The parties are directed to confer with each other and with the magistrate judge to determine the most fruitful time to hold the settlement conference.

      To facilitate effective and prompt settlement discussions, the Court ORDERS Plaintiff: to file proof of service no more than three days after service has been effected; and to produce to Defendant, by the earlier of 1) 14 days after service of process or 2) three business days in advance of any settlement conference, copies of records sufficient to show the royalty paid the last three times the picture that is at issue in this case was licensed, as well as the number of times the picture was licensed in the last five years.

      SO ORDERED.

Dated: July 15, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge