UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BARRETT BOESEN,

                      Plaintiff,

against

INSIDER, INC.,

                      Defendant.

CIVIL ACTION NO.: 20 Civ. 4028 (JPO) (SLC)

**ORDER TO SUBMIT AO 121 COPYRIGHT FORM**

**SARAH L. CAVE,** United States Magistrate Judge.

In compliance with the provisions in 17 U.S.C. 508, Form AO 121 must be submitted when filing an action concerning a registered Copyright.

On May 26, 2020 the Clerk of Court directed Attorney Richard Liebowitz to submit a completed AO 121 Form for review by the Court.  To date, this form has not been filed.

Plaintiff is hereby ORDERED to submit this form by **August 28, 2020**.  If this suit concerns an unregistered copyright, Plaintiff must submit a letter attesting to that fact by the same date.

Form AO 121 is available at: https://www.uscourts.gov/sites/default/files/ao121.pdf.

Dated:     New York, New York
             August 19, 2020

                                          SO ORDERED

                                          */s/ Sarah L. Cave*
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**